**Opinion issued April 18, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-23-00115-CV

———————————

## OBAID UDDIN, NAGHMANA UDDIN AND OHK GLOBAL, INC., Appellants

## V.

## SCF RC FUNDING IV LLC, Appellee

---

**On Appeal from the 333rd District Court**
**Harris County, Texas**
**Trial Court Case No. 2021-11957**

---

## MEMORANDUM OPINION

Appellants, Obaid Uddin, Naghmana Uddin, and OHK Global, Inc., filed an agreed motion to dismiss the appeal because the parties have reached an agreement to settle their differences. We grant the motion.

We dismiss the appeal. *See* Tex. R. App. P. 42.1(a). Any other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Hightower.